FILED
04 MAY 10 AM 11: 22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO SANCHEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 01-B-2630-E |
| ) | |
| WARDEN MARTHA JORDAN, et al., ) | |
| ) | |
| Respondent(s). ) | |

ENTERED
MAY 10 2004

### MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE this 10th day of May, 2004.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE